IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Case No.: GJH-11-552 |
| | * | |
| CHARLES JEROME JOHNSON, | * | |
| | * | |
| Defendant-Petitioner. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM OPINION AND ORDER

On August 10, 2016, this Court entered a Memorandum Opinion and Order denying Charles Jerome Johnson's Motion to Vacate pursuant to 28 U.S.C. § 2255. ECF Nos. 109, 110. Charles Jerome Johnson has requested a certificate of appealability. "A Certificate of Appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C § 2253(c)(2). This standard is satisfied by demonstrating that reasonable jurists would find the court's assessment of the constitutional claims presented debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *See, e.g.*, *Miller-El v. Cockrell*, 537 U.S. 322, 336, 123 S.Ct. 1029 (2003); *Rose v. Lee*, 252 F.3d 676, 683 (4th Cir. 2001). For the reasons stated in the Court's Memorandum Opinion denying the Motion to Vacate, this legal standard for issuance has not been met, and, accordingly, no certificate of appealability shall issue in this case.

For the reasons stated above, the Court will deny Johnson's Request for a Certificate of Appealability (ECF No. 111).

Dated: October 20, 2016

GEORGE J. HAZEL
United States District Judge